UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/09
```

ROBINSON, et al.,                              :

           Plaintiffs,              :    **ORDER**

    - against -                              :    09 Civ. 761 (RMB)(FM)

CITY OF NEW YORK,                              :

           Defendant.               :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to a telephone conference held earlier today in which the parties consented to my exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c) for the limited purpose of discontinuing this action, it is hereby ORDERED that plaintiffs' motion to withdraw the complaint without prejudice is granted on consent. Accordingly, the Clerk of the Court is requested to close this case.

       SO ORDERED.

Dated:    New York, New York
             June 29, 2009

                                                                /s/ Frank Maas
                                                          FRANK MAAS
                                                 United States Magistrate Judge

Copies to:

Hon. Richard M. Berman
United States District Judge

Kafahni Nkrumah, Esq.
Fax: (347) 271-9871

Kathleen E. Naughton, Esq.
New York City Law Department
Fax: (212) 788-9776